UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

- against -

MOES CAFÉ AND SOCIAL CLUB INC., et al.,

    Defendants.

CASE NO.: 1:23-cv-00102-JMS-MJD

> Dismissal with prejudice acknowledged [26].
> JMS, DJ 9/18/23
> Distribution via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joe Hand Promotions, Inc. and Defendants Moe's Café and Social Club Inc., Alexis Moore, and Jamila Spaulding have agreed to this joint stipulation of dismissal With Prejudice, resolving all claims, known and unknown, each party may have against the other to date. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorneys' fees.

This 15th day of September, 2023.

/s/ Ryan R. Janis
Ryan R. Janis, Esquire
Jekielek & Janis
*Attorneys for Plaintiff*

/s/ Philip R. Zimmerly
Philip R. Zimmerly, Esquire
BOSE MCKINNEY & EVANS LLP
*Attorneys for Defendants*